B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:08−bk−18565−CGC**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| ODIS THERMAN CAMERON<br>4027 NORTH 57TH AVENUE<br>PHOENIX, AZ 85031 | TONYA LYNN CAMERON<br>4027 NORTH 57TH AVENUE<br>PHOENIX, AZ 85031 |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−1812                                     xxx−xx−8860

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                                  BY THE COURT

Dated: 4/28/09                                      Charles G. Case II
                                                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: admin                 Page 1 of 2               Date Rcvd: Apr 28, 2009
Case: 08-18565                 Form ID: b18                Total Served: 68

The following entities were served by first class mail on Apr 30, 2009.
db/jdb       +ODIS THERMAN CAMERON,    TONYA LYNN CAMERON,    4027 NORTH 57TH AVENUE,    PHOENIX, AZ 85031-2405
aty           JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ 85311-1737
tr            ROGER W. BROWN,    P.O. BOX 32967,    PHOENIX, AZ 85064-2967
cr           +C/O MARK S. BOSCO NATIONAL CITY,    TIFFANY & BOSCO, P.A.,    2525 E. CAMELBACK RD.,    ESPLANADE II,
               SUITE 300,    PHOENIX, AZ 85016-4237
7766792      +24 HOUR FITNESS,    P. O. Box 787,    Carlsbad CA 92018-0787
7766794      +ALLIED INTERSTATE,    P. O. Box 361566,    Columbus OH 43236-1566
7766795       AMERICAN EDUCATION SERVICES,    Harrisburg PA 17130-0001
7766796       AMERICAN SERVICING COMPANY,    P. O. Box 60768,    Los Angeles CA 90060-0768
7766797       APRIA HEALTHCARE,    2150 North Trabajo Drive,    Suite A,    Oxnard CA 93030-8800
7766799       ARROWHEAD COLLECTIONS, INC.,    P. O. Box 5013,    Peoria AZ 85385-5013
7766800      +ASSOCIATED RADIOLOGISTS, LTD.,    P. O. Box 98311,    Phoenix AZ 85038-0311
7766801       BANK OF AMERICA,    P. O. Box 3530,    Rancho Cordova CA 95741-3530
7766802       BANNER ESTRELLA MED CTR,    P.O. BOX 2978,    Phoenix AZ 85062-2978
7766803      +BANNER FEDERAL CREDIT UNION,    302 East McDowell Road,    Suite 105,    Phoenix AZ 85004-1541
7766804       BANNER GOOD SAMARITAN MEDICAL CENTER,    P. O. Box 2978,    Phoenix AZ 85062-2978
7766806      +BANNER GOOD SAMARITAN MEDICAL CENTER,    P. O. Box 18,    Phoenix AZ 85001-0018
7766805       BANNER GOOD SAMARITAN MEDICAL CENTER,    P. O. Box 29353,    Phoenix AZ 85038-9353
7766807      +BANNER THUNDERBIRD MEDICAL CENTER,    P. O. Box 2978,    Phoenix AZ 85062-2978
7766808      +BAY AREA CREDIT SERVICE, INC.,    50 Airport Parkway,    Suite 100,    San Jose CA 95110-1036
7766809      +BILTMORE CARDIOLOGY PLLC,    4444 North 32nd Street,    Suite 175,    Phoenix AZ 85018-3983
7766810      +BUREAU OF MEDICAL ECONOMICS,    326 East Coronado Road,    Phoenix AZ 85004-1524
7766813      +CENTRAL ARIZONA MEDICAL ASSOCIATES,    334 West 10th Place,    Suite 100,    Mesa AZ 85201-3499
7766814      +CHECKSMART,    7001 Post Road,    Suite 300,    Dublin OH 43016-8066
7766815       CIGNA HEALTHCARE OF ARIZONA,    P. O. Box 78137,    Phoenix AZ 85062-8137
7766816      +CITY OF PHOENIX,    305 West Washington Street,    Suite 200,    Phoenix AZ 85003-2187
7766817       CMRE FINANCIAL SERVICES, INC.,    3075 East Imperial Hwy.,    Suite 200,    Brea CA 92821-6753
7766818       COLLECTION SERVICE BUREAU,    P.O. BOX 310,    Scottsdale AZ 85252-0310
7766819       COSTCO MEMBERSHIP,    P. O. Box 34783,    Seattle WA 98124-1783
7766820       COX COMMUNICATION,    P. O. Box 78071,    Phoenix AZ 85062-8071
7766821       COX COMMUNICATIONS,    P. O. Box 6058,    Cypress CA 90630-0058
7766822      +CREDIT COLLECTION SERVICES,    Two Wells Avenue,    Newton Center MA 02459-3246
7766824       CREDIT SOLUTIONS, LLC,    P. O. Box 605,    Metairie LA 70004-0605
7766825       DIRECTV,    P. O. Box 78626,    Phoenix AZ 85062-8626
7766826      +DOLLAR FINANCIAL GROUP, INC.,    1355 South 4700 West,    Suite 200,    Salt Lake City UT 84104-4434
7766827       DR. BHAGYASHREE C. BARLINGAY,    P. O. Box 30517,    Mesa AZ 85275-0517
7766828      +EACMC-ARIZONA,    Dept. 2912,    Los Angeles CA 90084-0001
7766829       EARTHLINK, INC.,    P. O. Box 6452,    Carol Stream IL 60197-6452
7766830      +EMERGENCY ANIMAL CLINIC/NWV,    9875 West Peoria Avenue,    Peoria AZ 85345-6109
7766831     ++++EMERGENCY PROFESSIONAL SERVICES,    PO BOX 1060,    SCOTTSDALE AZ 85252-1060
              (address filed with court: EMERGENCY PROFESSIONAL SERVICES,    P. O. Box 1649,
               Scottsdale AZ 85252)
7766832       FIRST FRANKLIN,    P. O. Box 660598,    Dallas TX 75266-0598
7766833       GROSSMONT HOSPITAL-SHARP,    File #55484,    Los Angeles CA 90074-5484
7766834       HEALTHCARE COLLECTIONS, INC.,    P. O. Box 82910,    Phoenix AZ 85071-2910
7766837      +LAW OFFICES OF MITCHELL N. KAY, P.C.,    7 Penn Plaza,    New York NY 10001-3967
7766839       NCO FINANCIAL SYSTEMS,    P. O. Box 4907,    Trenton NJ 08650-4907
7766841      +PAYDAY LOAN STORE OF AZ #37,    5528 West Thomas Road,    Phoenix AZ 85031-3329
7766840      +PAYDAY LOAN STORE OF AZ #37,    5828 West Thomas Road,    Phoenix AZ 85031-3229
7766842      +PHOENIX ORTHOPAEDIC CONSULTANTS,    5605 West Eugie Avenue,    Suite 111,    Glendale AZ 85304-1273
7766843      +PROGRESSIVE MANAGEMENT SYSTEMS,    P. O. Box 2220,    West Covina CA 91793-2220
7766844      +RECEIVABLE COLLECTION OPERATIONS,    P. O. Box 956842,    Saint Louis MO 63195-6842
7766845       SALLIE MAE,    P. O. Box 9500,    Wilkes Barre PA 18773-9500
7766846       SAN DIEGO GAS & ELECTRIC,    P. O. Box 25111,    Santa Ana CA 92799-5111
7766847       SONORA QUEST LABORATORIES,    P. O. Box 78162,    Phoenix AZ 85062-8162
7766848       SOUTHWEST DIAGNOSTIC IMAGING,    P. O. Box 849753,    Dallas TX 75284-9753
7766849       SOUTHWEST GAS CORPORATION,    P. O. Box 52075 MS 42A-002,    Phoenix AZ 85072-2075
7766851       SRP,    P.O. BOX 2950,    Phoenix AZ 85062-2950
7766852       STATE OF CALIFORNIA,    FRANCHISE TAX BOARD,    P. O. Box 942867,    Sacramento CA 94267-0011
7766853       VALLEY RADIOLOGISTS, LTD.,    P. O. Box 849753,    Dallas TX 75284-9743
7766854       X-RAY MEDICAL GROUP,    P. O. Box 26570,    Fresno CA 93729-6570

The following entities were served by electronic transmission on Apr 28, 2009.
tr            EDI: BRWBRWON.COM Apr 28 2009 21:08:00      ROGER W. BROWN,    P.O. BOX 32967,
               PHOENIX, AZ 85064-2967
smg          +EDI: AZDEPREV.COM Apr 28 2009 21:03:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
7766793       EDI: AFNIRECOVERY.COM Apr 28 2009 21:08:00      AFNI, INC.,    P. O. Box 3517,
               Bloomington IL 61702-3517
7766798       EDI: AZDEPREV.COM Apr 28 2009 21:03:00      ARIZONA DEPARTMENT OF REVENUE,    1600 West Monroe,
               Phoenix AZ 85007-2650
7766801       EDI: BANKAMER2.COM Apr 28 2009 21:03:00      BANK OF AMERICA,    P. O. Box 3530,
               Rancho Cordova CA 95741-3530
7766811       EDI: CAPITALONE.COM Apr 28 2009 21:03:00      CAPITAL ONE,    P. O. Box 650007,
               Dallas TX 75265-0007
7766812       EDI: CAPITALONE.COM Apr 28 2009 21:03:00      CAPITAL ONE BANK,    P. O. Box 650007,
               Dallas TX 75265-0007
7766823       E-mail/Text: info@creditmgt.com                            CREDIT MANAGEMENT CONTROL, INC.,
               P. O. Box 1408,    Racine WI 53401-1408
7766835       EDI: HFC.COM Apr 28 2009 21:03:00      HOUSEHOLD FINANCE,    P. O. Box 81622,
               Salinas CA 93912-1622
7766836       EDI: IRS.COM Apr 28 2009 21:03:00      INTERNAL REVENUE SERVICE,    P. O. Box 660169,
               Dallas TX 75266-0269
```

```
District/off: 0970-2            User: admin              Page 2 of 2              Date Rcvd: Apr 28, 2009
Case: 08-18565                  Form ID: b18             Total Served: 68
```

The following entities were served by electronic transmission (continued)
```
7766838      +EDI: MID8.COM Apr 28 2009 21:08:00      MIDLAND CREDIT MANAGEMENT,   Department 8870,
              Los Angeles CA 90084-0001
7766850       EDI: NEXTEL.COM Apr 28 2009 21:08:00    SPRINT,   P. O. Box 660092,   Dallas TX 75266-0092
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2009**                            **Signature:**         *Joseph Speetjens*